# DEKAJLO LAW OFFICES

**OLEH N. DEKAJLO**
**OREST T. DEKAJLO**

**MEMO ENDORSED**

**LONG ISLAND OFFICE**
1975 Hempstead Turnpike - Suite 101
East Meadow, NY 11554-1703
tel: 516.542.9300 ~ fax: 516.542.9303
email: Dekajlo@aol.com

February 21, 2020

**Filed Via CM-ECF**

U.S. District Court Judge Kenneth M. Karas
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

<u>LETTER MOTION</u>

Re: USA v. Hankewycz

Case No.: 7:19-cr-00649-kmk

Dear Judge Karas,

The undersigned is the attorney of record for Defendant, Taras Hankewycz, and submits this letter motion for Your respectful consideration. It is brought to the Court's attention that it was anticipated that upon my return from the mid-winter vacation break this week, I would meet with and complete the pre-sentencing paperwork necessary for the Court's review.

Unfortunately, I have come to learn that this past Monday evening, February 17th, 2020, our client's ailing elderly mother, Iwanna Daria Hankewycz, passed away. The entire local and distant family has come together to grieve, and the wake is scheduled for this evening, with funeral services to be held in the St. Michael's Ukrainian Catholic Church tomorrow, Saturday, February 22nd, 2020.

We have notified Assistant U.S. Attorney James Ligtenberg, who has been assigned to this case. He understands the nature of these exigent circumstances and has extended his condolences.

Once again, it is our understanding that Taras Hankewycz has been fully compliant and cooperative with all of the rules, restrictions and regulations of Pre-Trial Services.

We respectfully request that the Court adjourn this matter to a date of its choosing and convenience, allowing sufficient time for the completion of the pre-sentence submission, as well as the government's response thereto, all as the Court deems appropriate.

Respectfully submitted,

OLEH N. DEKAJLO (OD4743)
OND: dh

*Granted.*
*Sentence is adjourned to*
*3/18/20, at 11:00.*

*So Ordered.*
*[signature] 2/24/20*