# DEKAJLO LAW OFFICES

**OLEH N. DEKAJLO**
**OREST T. DEKAJLO**

MEMO ENDORSED

**LONG ISLAND OFFICE**
1975 Hempstead Turnpike - Suite 101
East Meadow, NY 11554-1703
tel: 516.542.9300 ~ fax: 516.542.9303
email: Dekajlo@aol.com

March 17, 2020

**Filed Via CM-ECF**

U.S. District Court Judge Kenneth M. Karas
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

<u>LETTER MOTION</u>

Re: USA v. Hankewycz

Case No.: 7:19-cr-00649-kmk

Dear Judge Karas,

The undersigned is the attorney of record for Defendant, Taras Hankewycz, and submits this letter motion for Your respectful consideration.

In the course of the last week, based on my large contact with literally hundreds of employees in a restaurant group of which I am both a Board member and General Counsel; as well as physical contact with my God-son whose school was one of the first to be shut down on Long Island due to Coronavirus testing. I am respectfully requesting a continuance of sentencing of Mr. Taras Hankewycz to a date and time of the Court's choosing. If possible, we respectfully request a date outside of April 16th to April 23rd, 2020.

We have notified Assistant U.S. Attorney James Ligtenberg, who has been assigned to this case. He understands the nature of these exigent circumstances.

Once again, it is our understanding that Taras Hankewycz has been fully compliant and cooperative with all of the rules, restrictions and regulations of Pre-Trial Services.

Respectfully submitted,

OLEH N. DEKAJLO (OD4743)
OND: dh

*Granted.*
*Sentence is moved to 4/24/20, at 10:30*
*So Ordered-*
*KMK*
*3/17/20*